OLMSTED–STEVENSON CO. v. LANGDORF.*

In re LANGDORF.

(Circuit Court of Appeals, Ninth Circuit. March 6, 1916.)

No. 2627.

Petition for Revision of a Certain Order of the District Court of the United States for the District of Montana, in Bankruptcy; George M. Bourquin, Judge.

In the matter of S. A. Langdorf, bankrupt. On petition by the Olmsted-Stevenson Company for revision, under Bankr. Act July 1, 1898, c. 541, § 24b, 30 Stat. 553 (Comp. St. 1913, § 9608), of an order in matter of law. Affirmed.

John B. Clayberg, of San Francisco, Cal., for petitioner.

L. P. Forestell, of San Francisco, Cal., and Rodgers & Rodgers, of Anaconda, Mont., for respondent.

Before GILBERT, ROSS, and HUNT, Circuit Judges.

PER CURIAM. Affirmed, in accordance with the stipulation of counsel for the respective parties, filed August 23, 1915, providing that the above-entitled matter shall abide the decision of this court as rendered in the matter of Olmsted-Stevenson Co., a Corporation, Petitioner, v. R. S. Miller, Bankrupt, Respondent, in the Matter of R. S. Miller, a Bankrupt (No. 2628) 231 Fed. 69, —— C. C. A. ——, and in accordance with the decision this day rendered by this court in the latter matter.